```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF MAINE
                                                         PORTLAND
         UNITED STATES DISTRICT COURT            RECEIVED & FILED
               DISTRICT OF MAINE
                                                  2023 DEC 20  P 3:46
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | No. | DEPUTY CLERK |
| TIA LAVIGNE | | 2:23-cr-137-JAW |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (False Statement During Purchase of a Firearm)

On about June 25, 2023, in the District of Maine, the defendant,

**TIA LAVIGNE**

in connection with the acquisition of a firearm, specifically a Glock, model 44, .22 caliber pistol, serial number AHFB298, from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cabela's, which statement was intended and likely to deceive Cabela's, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18.

Specifically, the defendant signed and provided to Cabela's a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, affirming that she was the actual transferee/buyer of the firearm listed on the form, when in fact she was purchasing the firearm on behalf of Person 1.

Thus, the defendant violated Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922 (a)(6) and 924(a)(2) set forth in Count One of this Indictment, the defendant,

**TIA LAVIGNE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United states Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense including, but not limited to: a Glock, model 44, .22 caliber pistol bearing serial number AHFB298B.

2. If any of the property described in Paragraph 1 as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1.

2

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Date: DECEMBER 20, 2023

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney