2:23-cr-137-JAW

## Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 DEC 20 P 3:46

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Tia Lavigne |
| **Address:** (City & State Only) | Androscoggin County, Maine |
| **Year of Birth/Age:** | 1999/24 |
| **Violations:** | Count One: False statement during acquisition of a firearm from a licensed firearm dealer. 18 U.S.C. §§ 922(a)(6) and 924(a)(2). |
| **Penalties:** | Count One: Imprisonment of not more than ten years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571(b)(3).<br><br>Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts One: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | Caleigh Milton, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | ATF/Special Agent Christopher Concannon |
| **Detention Status:** | Warrant to Issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Nicholas Scott |

| | |
|---|---|
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |