UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 2:23-cr-137-JAW |
| | ) |
| TIA LAVIGNE | ) |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _x_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _x_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention.

    _____

    _____

       ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

      __x_ Defendant's appearance is required

      __x_ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

   ___ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

   ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to____ days.

5. Length of Detention Hearing. The United States will require __1__ hour to present its case for detention.

Date:  December 22, 2023

DARCIE N. MCELWEE  
UNITED STATES ATTORNEY

/s/Nicholas Scott  
Assistant United States Attorney  
United States Attorney's Office  
100 Middle Street  
Portland, ME 04101  
(207) 780-3257  
Nicholas.scott@usdoj.gov