UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

TIA LAVIGNE

No. 2:23-cr-00137-JAW

**PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

1. On June 25, 2023, Defendant Tia Lavigne knowingly made a false statement and representation to Cabela's, a licensed firearms dealer within the meaning of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cabela's.

2. On June 25, 2023, Defendant purchased a Glock, model 44, .22 caliber pistol, serial number AHFB298 (the "Glock .22 Pistol") on behalf of a second person. Prior to the purchase, the second person told Defendant to purchase a firearm for the second person from Cabela's and provided Defendant with money to make the purchase. Defendant went to Cabela's in Scarborough, Maine and purchased the Glock .22 Pistol. Defendant then left Cabelas's with the Glock .22 Pistol and placed it in her vehicle, which was parked outside. A short time later, the second person retrieved the Glock .22 Pistol from Defendant's vehicle.

3. In connection with her purchase of the Glock .22 Pistol, Defendant made a false statement to Cabela's with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in Cabela's records. Specifically,

1

Defendant signed and provided to Cabela's a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, affirming that Defendant was the actual transferee/buyer of the Glock .22 Pistol listed on the form, when in fact Defendant purchased the firearms on behalf of the second person, who was the actual transferee/buyer, and transferred the Glock .22 Pistol to the second person shortly after the purchase.

Date:  June 17, 2024                                           Respectfully Submitted:

                                                                              DARCIE N. MCELWEE
                                                                              United States Attorney

                                                                              /s/Nicholas M. Scott
                                                                              NICHOLAS M. SCOTT
                                                                              Assistant United States Attorney
                                                                              U.S. Attorney's Office
                                                                              100 Middle Street
                                                                              Portland, Maine 04101
                                                                              (207) 780-3257
                                                                              Nicholas.Scott@usdoj.gov

3

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2024, I filed a copy of the aforementioned Prosecution Version via ECF, causing a copy of the same to be served electronically on Caleigh Milton, counsel for Defendant.

                                              DARCIE N. MCELWEE
                                              United States Attorney

                by:    */s/ Nicholas M. Scott*
                          NICHOLAS SCOTT
                          Assistant United States Attorney