UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v TIA LAVIGNE

DOCKET NO: 2:23-cr-137-JAW

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Letter from Susan Lavigne | 10/17/2024 | 10/17/2024 |  | 10/17/2024 |
|  | 2 |  | Letter from Missy Furrow | 10/17/2024 | 10/17/2024 |  | 10/17/2024 |
|  | 3 |  | Letter from Ginny Cook | 10/17/2024 | 10/17/2024 |  | 10/17/2024 |
|  | 4 |  | Letter from Richard Watson | 10/17/2024 | 10/17/2024 |  | 10/17/2024 |
|  | 5 |  | Letter from Robin Duplessis | 10/17/2024 | 10/17/2024 |  | 10/17/2024 |